# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00690-CR
## NO. 03-13-00691-CR

**Joe Cardona, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
### NOS. D-1-DC-10-202665-A, D-1-DC-10-202666,
### HONORABLE KAREN SAGE, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant seeks to appeal the trial court's denial of his writ of habeas corpus. The reporter's record in these causes was originally due on November 7, 2013. On December 10, 2013, we notified the court reporter for the 299th District Court, Angela Chambers, that the record was overdue. On December 16, Chambers notified the Court that another court reporter, Gene Lee, had transcribed portions of the proceedings and that she needed additional time to coordinate with Lee and file the record. Subsequently, Chambers informed the Court that she had been unable to locate Lee and that the telephone numbers and other contact information she had for him were no longer working. According to Chambers, she has left numerous messages for Lee at a telephone number

given to her by Lee's former employer, but still has not been able to reach him. To date, the reporter's record has not been filed.

Under rule 34.6(f) of the rules of appellate procedure, an appellant is entitled to a new trial if he timely requested a reporter's record but a significant portion of the record has been lost or destroyed through no fault of the appellant's and if the lost or destroyed portion is necessary to the resolution of the appeal and cannot be replaced. *See* Tex. R. App. P. 34.6(f). Accordingly, we abate this appeal and remand this case to the trial court. The trial court is ordered to hold a hearing to determine: (1) whether a significant portion of the record has been lost or destroyed, and, if so, whether a new trial is warranted under Rule 34.6(f), or (2) if the record has not been lost or destroyed, a reasonable time period in which the reporter's record can be prepared and filed in this Court. The trial court shall make appropriate findings of fact and conclusions of law with regard to these issues.

The district clerk shall prepare a supplemental clerk's record containing the trial court's findings of fact and conclusions of law as well as any orders signed by the trial court. In addition, the court reporter shall prepare a supplemental reporter's record containing a transcription of the hearing. These supplemental records shall be forwarded to the Clerk of this Court no later than May 26, 2014.

Before Justices Puryear, Goodwin, and Field

Abated and Remanded

Filed: April 25, 2014

Do Not Publish